UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                            Case No. 6:20-cv-2209-Orl-37GJK

**REAL PROPERTY LOCATED AT
9070 MAYFAIR POINTE DRIVE,
ORLANDO, FL 32827,**

    Defendant.

## AMENDED
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__x__   IS          related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency as indicated below:

              **CFTC v. Highrise Advantage, LLC**

              **Case No. 6:20-cv-1657-Orl-41GJK**

___ IS NOT        related to any pending or closed civil or criminal cased filed with this Court, or any other Federal or State court, or administrative agency.

Date: December 15, 2020

        Respectfully Submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   *s/Nicole M. Andrejko*
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar Number 0820601
      400 West Washington Street, Suite 3100
      Orlando, Florida 32801
      (407) 648-7500 – telephone
      (407) 648-7643 – facsimile
      E-mail: nicole.andrejko@usdoj.gov