**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,          CASE NO.:    6:20-cv-2209-Orl-37 GJK

      Plaintiff,

v.

REAL PROPERTY LOCATED AT
9070 MAYFAIR POINTE DR,
ORLANDO, FL 32827

      Defendant.
_____/

**ANSWER AND AFFIRMATIVE DEFENSE OF**
**SCOTT RANDOLPH, AS ORANGE COUNTY TAX COLLECTOR**

COMES NOW the Defendant, SCOTT RANDOLPH, AS ORANGE COUNTY TAX

COLLECTOR (the "Tax Collector"), by and through his undersigned attorneys, and file this his

Answer and Affirmative Defense, as follows:

**ANSWER**

1.     Admitted.

JURISDICTION AND VENUE

2.     Admitted.

3.     Admitted.

4.     Admitted.

5.     Admitted.

THE DEFENDANT *IN REM*

6.     Admitted.

1

BASIS FOR FORFEITURES

7.  Admitted.

8.  Admitted.

9.  Without knowledge and therefore denied.

10. Without knowledge and therefore denied.

11. Without knowledge and therefore denied.

11. Without knowledge and therefore denied.

12. Without knowledge and therefore denied.

13. Without knowledge and therefore denied.

14. Without knowledge and therefore denied.

15. Without knowledge and therefore denied.

16. Without knowledge and therefore denied.

17. Without knowledge and therefore denied.

18. Without knowledge and therefore denied.

19. Without knowledge and therefore denied.

20. Without knowledge and therefore denied.

21. Without knowledge and therefore denied.

22. Without knowledge and therefore denied.

23. Without knowledge and therefore denied.

24. Without knowledge and therefore denied.

25. Without knowledge and therefore denied.

## **AFFIRMATIVE DEFENSE**

The Tax Collector asserts a first priority lien interest in the real property sought by Plaintiff to be foreclosed pursuant to Fla. Stat. § 197.122 providing for a first priority lien on the subject property for ad valorem real property taxes and non-ad valorem assessments (the "Taxes"). The Tax Collector therefore requests that the Tax Collector's lien be paid with respect to any final order of forfeiture in this proceeding. The Tax Collector asserts an interest in the property for 2021 Taxes and for subsequent years' Taxes that accrue on January 1 of the tax year, prior to the entry of a Final Order of Forfeiture in the proceeding. The 2020 taxes are paid, and taxes for 2021 and subsequent years will be in an approximate amount of the 2020 taxes payable in March 2021 ($50,307.52), depending upon assessment and millage.

I HEREBY CERTIFY that a true and correct copy hereof was furnished by ECF Notice to Nicole M. Andrejko, Assistant U.S. Attorney, 400 W. Washington St., Suite 3100, Orlando, FL 32801 (Nicole.andrejko@usdoj.gov); this 30TH day of December, 2020.

<div style="margin-left:50%">

/s/  Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
Primary:  mpaasch@mateerharbert.com
Secondary:  ndarville@mateerharbert.com
Attorneys for the Orange County
 Tax Collector

</div>

4818-9589-0644, v. 1