# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No.:    6:20-cv-2209-Orl-37 GJK
                                                             (Forfeiture)

REAL PROPERTY LOCATED AT
9070 MAYFAIR POINTE DRIVE,
ORLANDO, FL 32827,

    Defendant.
_____/

## VERIFIED CLAIM OF LIEN OF
## SCOTT RANDOLPH, ORANGE COUNTY TAX COLLECTOR

COMES NOW, Scott Randolph, the Orange County Tax Collector (the "Tax Collector"), by and through his undersigned attorneys and pursuant to this Court's Notice of Forfeiture, files this his Verified Claim of Lien, as follows:

1. The Tax Collector asserts an interest in the real property located at 9070 Mayfair Pointe Dr., Orlando, FL 32827, subject to this action pursuant to Fla. Stat. §197.122 providing a first priority lien on the subject property for ad valorem real property taxes and non-ad valorem assessments (the "Taxes").

2. The Tax Collector asserts an interest in the property for 2021 Taxes and for subsequent years' Taxes that accrue on January 1 of the tax year, prior to the entry of a Final Order of Forfeiture in the proceeding. The 2020 Taxes are paid, and Taxes for 2021 and subsequent years will be in an approximate amount of the 2020 Taxes payable in March 2021 ($50,307.52), depending upon assessment and millage.

WHEREFORE, the Tax Collector respectfully requests that this Court order the United States of America to pay Property Taxes to Scott Randolph, the Orange County Tax Collector, until the date the property is forfeited to the United States of America.

/s/ Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
mpaasch@mateerharbert.com

Attorneys for Scott Randolph,
  Orange County Tax Collector

## VERIFICATION

I, SCOTT RANDOLPH, declare under penalty of perjury that the foregoing Verified Claim of Scott Randolph, Orange County Tax Collector, is true and correct to the best of my knowledge and belief.

Executed on this 22nd day of December, 2020, at Orlando, Orange County, Florida.

SCOTT RANDOLPH,
ORANGE COUNTY TAX COLLECTOR

By: *Cindy D Valentine*
Print Name: Cindy L Valentine
Title: Asst. Tax Collector

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished by ECF Notice or first class mail to Nicole M. Andrejko, Assistant U.S. Attorney, 400 W. Washington St., Suite 3100, Orlando, FL 32801, this 30th day of December, 2020.

/s/ Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar No. 852805

4813-0364-8468, v. 1

CEC  2020 Real Estate



**ORANGE COUNTY TAX COLLECTOR**
**SCOTT RANDOLPH**
INDEPENDENTLY ELECTED TO SERVE YOU

Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

VERBAAS MARCEL
VERBAAS ALEISHA WATKINS
9070 MAYFAIR POINTE DR
ORLANDO, FL 32827-7084

**Account Number:** 0405465-6
**Assessed Value:** 2,740,392
**Millage Code:** 22 ORL
**Parcel Number:** 07-24-31-4694-00140
**Address:** 9070 MAYFAIR POINTE DR ORLANDO 32827
**Exemptions:** Homestead, Extra Homestead

### AD VALOREM TAXES

| Taxing Authority | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Levied |
|---|---|---|---|---|---|
| STATE SCHOOL | 2,740,392 | 25,000 | 2,715,392 | 3.6090 | $9,799.85 |
| LOCAL SCHOOL | 2,740,392 | 25,000 | 2,715,392 | 3.2480 | $8,819.59 |
| GEN COUNTY | 2,740,392 | 50,000 | 2,690,392 | 4.4347 | $11,931.08 |
| ORLANDO | 2,740,392 | 50,000 | 2,690,392 | 6.6500 | $17,891.11 |
| LIBRARY | 2,740,392 | 50,000 | 2,690,392 | .3748 | $1,008.36 |
| SFWM | 2,740,392 | 50,000 | 2,690,392 | .2675 | $719.68 |

Total Millage: 18.5840  Subtotal: $50,169.67

### NON-AD VALOREM ASSESSMENTS

| Levying Authority | Phone | Amount | Levying Authority | Phone | Amount |
|---|---|---|---|---|---|
| 5555 ORLANDO STORMWA | (407)246-2370 | $137.85 | | | |

Subtotal: $137.85

Combined Total of Ad Valorem Taxes & Non-Ad Valorem Assessments: **$50,307.52**

*Pay Online, Opt-in to E-Billing and Print your Receipt at octaxcol.com.*

*Payments not received by March 31st are delinquent.*

IF YOUR TAXES ARE NOT ESCROWED, PLEASE RETURN THE BOTTOM PORTION WITH YOUR PAYMENT.

0405465-6
9070 MAYFAIR POINTE DR ORLANDO 32827
07-24-31-4694-00140
LAKE NONA ESTATES PARCEL 8 60/125 LOT 14

SELECT PORTFOLIO SERVICING INC

| ONLY PAY ONE AMOUNT | |
|---|---|
| If Paid By | Amount Due |
| **Nov. 30, 2020** | **$48,295.22** |
| Dec. 31, 2020 | $48,798.29 |
| Jan. 31, 2021 | $49,301.37 |
| Feb. 28, 2021 | $49,804.44 |
| Mar. 31, 2021 | $50,307.52 |

VERBAAS MARCEL
VERBAAS ALEISHA WATKINS
9070 MAYFAIR POINTE DR
ORLANDO, FL 32827-7084

**PAID - DO NOT PAY**
PAID 0040-02430048    $48,295.22 11/29/2020

**PO Box 545100**
**Orlando FL 32854-5100**

CEC  2020 Real Estate

