UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.       Case No: 6:20-cv-2209-CEM-GJK

**REAL PROPERTY LOCATED AT 9070 MAYFAIR POINTE DRIVE, ORLANDO, FL, 32827 and SCOTT RANDOLPH, ORANGE COUNTY TAX COLLECTOR,**

    **Defendants.**
_____/

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE is before the Court on the United States' Consent Motion for a Judgment of Forfeiture ("Motion," Doc. 21) for the following property ("Defendant Property") pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

> The real property, including all improvements thereon and appurtenances thereto, located at 9070 Mayfair Pointe Drive, Orlando, Florida 32827 which is legally described as follows:
>
> Lot 14, LAKE NONA ESTATES PARCEL 8, according to the Plat thereof, recorded in Plat Book 60, Page(s) 125 and 126, of the Public Records of Orange County, Florida

  Parcel ID Number: 07-24-31-4694-00140

  Titled Owners: Avinash and Shanaz Singh

The Court hereby finds as follows:

1. The above-styled civil forfeiture action was initiated by the United States though the filing of a Verified Complaint for Forfeiture *in Rem* (Doc. 1) on December 4, 2020.

2. On December 17, 2020, the Defendant Property was served with a copy of the Verified Complaint for Forfeiture *in Rem* and Notice of Complaint, as required by Rule G(3)(a)-(c) and 18 U.S.C. § 985. (Doc. 8).

3. Notice of this civil forfeiture action against the Defendant Property was published for thirty consecutive days on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) beginning on December 18, 2020 and ending on January 16, 2021, as evidenced by the Declaration of Publication (Doc. 20) filed with this Court on January 19, 2021.

4. The only persons or entities known to have an interest in the Defendant Property are Avinash Singh, Shanaz Singh, the Orange County Tax Collector, and Angel Oak Mortgage Solutions, LLC.

5. As a result of receiving direct notice of these proceedings, the Orange County Tax Collector filed a timely Claim (Doc. 18) asserting an

interest in the Defendant Property, which interest the United States will recognize and satisfy to the extent possible, from the net proceeds of the sale of the Defendant Property. (Doc. 19).

6. As a result of receiving direct notice of these proceedings, Angel Oak Mortgage Solutions, LLC entered into a settlement agreement with the United States, and the United States will recognize Angel Oak Mortgage Solutions, LLC's interest in the Defendant Property pursuant to the terms of their settlement agreement. (Doc. 71-2).

7. The titled owners of the Defendant Property, Avinash and Shanaz Singh, have consented to the forfeiture of the Defendant Property and waived notice of these proceedings.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion (Doc. 21) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and Supp l Rule G, all right, title, and interest in the Defendant Property is hereby **CONDEMNED** and **FORFEITED** to the United States for disposition according to law, free and clear of any and all claims by Avinash and Shanaz Singh, and subject to the settlement agreement with Angel Oak Mortgage Solutions LLC and the notice filed by the United States recognizing the interest of Scott Randolph, the Orange County Tax Collector.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties